**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF: A.N.S., S.N.S., AND T.I.W.S. | : No. 21 WAL 2017 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: L.R.W., NATURAL MOTHER | : the Order of the Superior Court |
| | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.